UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60096-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAKENYA KNIGHT,

        Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 63] of the Honorable John J. O'Sullivan recommending that the Defendant Knight's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge O'Sullivan's R&R and the Defendant's Response [DE 75] stating she has no objection to the R&R. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge O'Sullivan is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Knight's plea of guilty is accepted, and Defendant Knight is adjudicated guilty as to Count IV of the Indictment.

DONE AND ORDERED in Miami, Florida this 10th day of June, 2010.

                                                  PATRICIA A. SEITZ
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge John J. O'Sullivan